**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IVANILDE PISTORELLO and
AUGUSTO GRANDO,

        Petitioners,

v.                                     Case No.: 6:21-cv-611-WWB-LHP

SUPRICEL PARTICIPACOES LTDA
and LUIS GUILHERME SCHNOR,

        Respondents.
_____/

## ORDER

    THIS CAUSE is before the Court on Respondents' Motion to Dismiss Petition (Doc. 32). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 40), in which she recommends that the Motion be denied.

    After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

    Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Respondents' Motion to Dismiss Petition (Doc. 32) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on August 2, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record